IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRITTANY JOHNS and
JAMES LONG,

    Plaintiffs,

v.                                      Case No. 1:11cv236-SPM-GRJ

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., d/b/a TRI COUNTY
HOSPITAL, and JERRY E. GILLMAN,

    Defendants.
_____/

## ORDER ACKNOWLEDGING AUTOMATIC STAY FOR CYPRESS HEALTH

This cause comes before the Court on suggestion of bankruptcy (doc. s58 and 50) filed by filed by Defendant Cypress Health Systems Florida, Inc. Although the bankruptcy filing effects an automatic stay of this action against Cypress Health Systems Florida, Inc., this case may proceed against Defendant Jerry E Gillman. See Soulder v. Premier Auto. on Atlantic, LLC., Case No. 3:09-cv-973-J-32JRK, 2009WL691916 )M.D. Fla. Mar. 13, 2009) (allowing FLSA case to proceed against individual employer despite bankruptcy of corporate employer); Lynch v. Johns-Manville Sales Corp, 710 F.2d 1194, 1196-98 (6th Cir. 1983) (automatic bankruptcy stay could not be invoked by co-defendant).

Accordingly, it is

ORDERED AND ADJUDGED:

1. This case is stayed as to Defendant Cypress Health Systems Florida, Inc.

2. The case shall proceed against Defendant Jerry E. Gillman.

DONE AND ORDERED this 31st day of October, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge