# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

BRITTANY JOHNS, on her own behalf
and all similarly situated individuals, and
JAMES LONG, on his own behalf and
all similarly situated individuals,

       Plaintiffs,

v.                                         CASE NO.: 1:11cv236-SPM/GRJ

CYPRESS HEALTH SYSTEMS FLORIDA,
INC., a Florida Profit Corporation d/b/a
TRI COUNTY HOSPITAL, and JERRY E
GILLMAN, individually,

       Defendants.

_____/

## ORDER GRANTING LEAVE TO WITHDRAW

       This cause comes before the Court on the Motion to Withdraw as Counsel for Defendant, Jerry E. Gillman, (doc. 69) filed by the law firm of Archer Bay, P.A. and attorney Carla T. Reece. As grounds, Attorney Reece states that Jerry E. Gillman has requested the firm's withdrawal. Rule 4-1.16(a)(3) of the Rules Regulating Florida Bar provides that a lawyer "shall withdraw from the representation of a client if . . . the lawyer is discharged." Accordingly, it is

       **ORDERED AND ADJUDGED:**

       1.     The Motion to Withdraw as Counsel for Defendant, Jerry E. Gillman, (doc. 69) is **GRANTED**.

       2.     Jerry E. Gillman shall have up to and including January 30, 2013, to effect the filing of a notice of appearance by a new attorney or file a written notice confirming his intention to proceed *pro se*, that is, to represent himself in this case. Failure to file a notice of appearance by a new attorney or a notice confirming his intention to proceed *pro se*, as ordered, may result in sanctions, including entry of judgment against Jerry E. Gillman.

3.	The clerk shall send a copy of this order by regular mail and by certified mail to Jerry E. Gilllman, 125 S.W. 7th Street, Williston, Florida 32696.

**DONE AND ORDERED** this 28th day of December, 2012.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**