Jerry E. Gillman
678 SE 47th Loop
Ocala, Fl 34480
In pro se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

BRITTANY JOHNS, on her own behalf
And all similarly situated individuals, and
JEMES LONG, own behalf and
All similarly situated individuals,                    CASE NO,: 1:11cv236-SPM/GRJ

      Plaintiffs,

v

                                     **NOTICE TO PROCEED** pro se

CYPRESS HEALTH SYSTEMS FLORIDA,
INC, a Florida Profit Corporation d/b/a
Tri County Hospital – Williston, and
JERRY E. GILLMAN, individually.

      Defendents

On October 10, 2012 defendant Cypress Health Systems Florida, Inc filed for Chapter 11 Bankruptcy
Protection Case 12-10431-KKS.  In the filing Cypress Health Systems Florida, Inc filed for a stay on all
open legal suites but did not include defendant Gillman in the stay.

On November 2, 2012 Cypress terminated Gillman's employment at the hospital and refused to pay for his
legal defense.  Archer Bay who had been counsel for the hospital offered to represent Gillman for a fee but
Gillman is unemployed and has no resources or ability to pay so counsel resigned.

Defendant Gillman has no choice but to represent himself pro se as he is moneyless and unable to pay
Attorney fees.

John H. Carney, Esq, Counsel
for Cypress Health Systems Fl, Inc

December 12, 2013

                              Respectfully submitted,

                              Jerry E. Gillman
                              In pro se

Jerry E Gillman
678 SE 47th Loop
Ocala, Fl 34480

JACKSONVILLE FL 320

12 JAN 2013  PM 2 L



United States District Court
Office of the Clerk
401 S.E. 1st Ave, Suite 243
Gainesville, Fl 32601-6805

32601689568