UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRITTANY JOHNS, on her own behalf
and all similarly situated individuals,**

    **Plaintiff,**

v.                       **CASE NO.: 1:11-cv-00236-SPM-GRJ**

**CYPRESS HEALTH SYSTEMS FLORIDA,
INC., a Florida Profit Corporation, d/b/a
TRI COUNTY HOSPITAL and JERRY E.
GILLMAN, individually,**

    **Defendants.**
_____/

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)a)(ii) the Parties stipulate to the dismissal of the above-captioned action versus Jerry Gillman be dismissed without prejudice. The Parties shall bear their own attorney's fees, costs, and expenses incurred in the prosecution of this matter.

Dated this 25th day of March, 2013.

| Respectfully submitted by, | Respectfully submitted by, |
|---|---|
| **s/ CARLOS V. LEACH** | **s/ JERRY E GILLMAN** |
| Carlos Leach, Esquire | Jerry E Gillman |
| Florida Bar No.: 0540021 | Pro Se |
| Morgan & Morgan, P.A. | 678 SE 47th Loop |
| 20 N. Orange Avenue, Suite 1400 | Ocala, FL 34480 |
| Orlando, Florida  32802-4979 | Telephone: (407) 730-3022 |
| Telephone:  (407) 420-1414 | Facsimile: (407) 730-3024 |
| Facsimile: (407) 420-5956 | *Defendant* |
| Email: Cleach@forthepeople.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non CM/ECF participant: JERRY E GILLMAN, Pro Se, 678 SE 47th Loop, Ocala, FL 34480.

/s/ CARLOS LEACH
Carlos Leach, Esquire